57 A.3d 640

Franklin CULVER, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 170 EM 2012.

Supreme Court of Pennsylvania.

Dec. 12, 2012.

## ORDER

PER CURIAM.

AND NOW, this 12th day of December, 2012, the Application for Leave to File Original Process is GRANTED, and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**